UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
August 29, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTIAN FLORES,

    Defendant.

Case No. 2:22-cr-00168-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTIAN FLORES ,

Case No. 2:22-cr-00168-JAM , Charge 21 USC § 841(a)(1), from custody for the following reasons:

    \_\_\_\_ Release on Personal Recognizance

    \_\_\_\_ Bail Posted in the Sum of $_____

        **X**    Unsecured Appearance Bond $ 25,000.00

        \_\_\_\_    Appearance Bond with 10% Deposit

        \_\_\_\_    Appearance Bond with Surety

        \_\_\_\_    Corporate Surety Bail Bond

        **X**    (Other):  The defendant release is delayed until, Tuesday, 08/30/2022 at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 29, 2022, at 2:30 PM.

        By: _/s/ Allison Claire_

        Magistrate Judge Allison Claire