HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN MCLOUGHLIN, NY# 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
CHRISTIAN FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  CHRISTIAN FLORES  Defendant. | Case No. 2:22-CR-00168-JAM-1  STIPULATION REGARDINT EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER  Date: October 18, 2022  Time: 9:30 a.m.  Court: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for a status conference on October 18, 2022.

2. By this stipulation, Defendant Christian Flores now moves to continue the status conference until January 24, 2023, at 9:00 a.m., and to exclude time between October 18, 2022 and January 24, 2023 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case as been produced to counsel.

   b) Counsel for defendant desires additional time to review the discovery, consult with her client, conduct defense investigation, discuss potential resolution options, and otherwise prepare for trial.

   c) In addition, Mr. Flores has been attending substance use treatment since his release at Wellspace, and does not anticipate completing the program until December.

-1-

d) Counsel for Mr. Flores believe the failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Mr. Flores in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2022, to January 24, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: October 14, 2022                HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Meghan McLoughlin*
                                       MEGHAN MCLOUGHLIN
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       CHRISTIAN FLORES

Dated: October 14, 2022                */s/ Justin L. Lee*
                                       JUSTIN L. LEE
                                       Assistant United States Attorney

## ORDER

IT IS SO ORDERED this 14th day of October, 2022.

Dated: October 14, 2022                /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       SENIOR UNITED STATES DISTRICT JUDGE