HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN MCLOUGHLIN, NY# 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
CHRISTIAN FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>CHRISTIAN FLORES,<br><br>*Defendant.* | Case No. 2:22-CR-00168-JAM-1<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>Date: May 9, 2023<br>Time: 9:30 a.m.<br>Court: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for a status conference on May 9, 2023.

2. By this stipulation, Defendant Christian Flores now moves to continue the status conference until **July 25, 2023, at 09:00 a.m.,** and to exclude time between May 9, 2023 and July 25, 2023 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case has been produced to counsel, and is making supplemental discovery available for defense counsel's review.

   b) Counsel for defendant desires additional time to review the discovery, consult with her client, conduct defense investigation, discuss potential resolution options, and otherwise prepare for trial.

   c) Counsel for Mr. Flores believe the failure to grant the above-requested continuance

would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Mr. Flores in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 9, 2023 to July 25, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: May 5, 2023                        HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ Meghan McLoughlin
                                          MEGHAN MCLOUGHLIN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          CHRISTIAN FLORES

Dated: May 5, 2023                        /s/ Justin L. Lee
                                          JUSTIN L. LEE
                                          Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**.

Dated: May 05, 2023                       /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE