HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN MCLOUGHLIN, NY# 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
CHRISTIAN FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-cr-00168-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION REGARDING** |
| | ) **EXCLUDABLE TIME PERIODS UNDER** |
| vs. | ) **SPEEDY TRIAL ACT; ORDER** |
| CHRISTIAN FLORES, | ) Date: July 25, 2023 |
| | ) Time: 9:00 a.m. |
| | ) Court: Hon. John A. Mendez |
| *Defendant*. | ) |

**STIPULATION**

1. By previous order, this matter was set for a status conference on July 25, 2023.

2. By this stipulation, Defendant Christian Flores now moves to continue the status conference until **September 26, 2023, at 09:00 a.m.**, and to exclude time between July 25, 2023 and September 26, 2023 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case has been produced to counsel, and has made supplemental discovery available for defense counsel's review.

   b) Counsel for defendant desires additional time to review the discovery with her client, consult with her client, conduct defense investigation, discuss plea agreements, and otherwise prepare for trial.

   c) Counsel for Mr. Flores believe the failure to grant the above-requested continuance

would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Mr. Flores in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 9, 2023 to July 25, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: July 19, 2023        HEATHER E. WILLIAMS
                            Federal Defender

                            /s/ Meghan McLoughlin
                            MEGHAN MCLOUGHLIN
                            Assistant Federal Defender
                            Attorney for Defendant
                            CHRISTIAN FLORES

Dated: July 19, 2023        /s/ Justin L. Lee
                            JUSTIN L. LEE
                            Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: July 19, 2023        /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE